# First District Court of Appeal
## State of Florida

———————————————————

No. 1D21-1594

———————————————————

Ulysses B. Woodfaulk, Jr.,

   Appellant,

v.

State of Florida,

   Appellee.

———————————————————

On appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

September 23, 2022

Per Curiam.

   Affirmed.

Kelsey, Jay, and M.K. Thomas, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Jessica J. Yeary, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.